UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROFESSIONAL FIGHTERS LEAGUE, LLC,

               Plaintiff,

          v.

MILLIONS.CO INC.,

               Defendant.

No. 24-CV-8124 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Complaint was filed with the Court on October 25, 2024. Plaintiff, however, does not appear to have served the Complaint or a summons on Defendant. It is hereby:

    ORDERED that Plaintiff submit a letter to the Court by February 4, 2025 as to why it has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendant has been served, when and in what manner such service was made.

    IT IS FURTHER ORDERED that if the Court does not receive a letter by February 4, 2025 showing good cause why such service was not made within the 90 days, the case will be dismissed.

SO ORDERED.

Dated:    January 28, 2025
            New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge