UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROFESSIONAL FIGHTERS LEAGUE, LLC,

     Plaintiff,

  v.

MILLIONS.CO INC.,

     Defendant.

No. 24-CV-8124 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

 A Complaint was filed with the Court on October 25, 2024. On January 28, 2025, the Court ordered Plaintiff to submit a letter by February 4, 2025 as to why it had failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendant has been served, when and in what manner such service was made. The Court ordered that, if it did not receive a letter by February 4, 2025 showing good cause why such service was not made within the 90 days, the case would be dismissed. To date, no letter has been filed.

 The Court will provide Plaintiff one final opportunity. No later than February 14, 2025, Plaintiff shall file a letter as described in this Court's January 28, 2025 Order. If the Court does not receive a letter by this date, the action will be dismissed.

SO ORDERED.

Dated: February 10, 2025
    New York, New York

                _____
                Ronnie Abrams
                United States District Judge