UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROFESSIONAL FIGHTERS LEAGUE, LLC,

                        Plaintiff,

            v.

MILLIONS.CO INC.,

                        Defendant.

No. 24-CV-8124 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A Complaint was filed with the Court on October 25, 2024. On January 28, 2025, the Court ordered Plaintiff to submit a letter by February 4, 2025 explaining why it had failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believed that Defendant had been served, when and in what manner such service was made. The Court ordered that, if it did not receive a letter by February 4, 2025, the case would be dismissed. By February 10, 2025, no letter had been filed and the Court again ordered Plaintiff to file a letter no later than February 14, 2025, or the action would be dismissed. To date, no letter has been filed.

      The Court will provide Plaintiff one last opportunity. No later than February 27, 2025, Plaintiff shall file a letter as described in this Court's January 28, 2025 Order. If the Court does not receive a letter by this date, the Court will dismiss the action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     February 24, 2025
             New York, New York

                                                            Ronnie Abrams
                                                            United States District Judge